IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, (Rural Development)  Plaintiff,  v.  ANDRES ROSADO-JIMENEZ, et al.,  Defendants. | CIVIL NO. 98-2292 (RLA) |

RECEIVED & FILED
1999 DEC 13 AM 7:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## ORDER APPROVING STIPULATION FOR SATISFACTION OF JUDGMENT

The Stipulation for Satisfaction of Judgment, filed by the parties on November 29, 1998 (docket No. **11**) is **APPROVED**.

Accordingly, the parties are bound by the terms and conditions of their stipulation which are incorporated herein in *extenso*.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of December, 1999.

_____
RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)