UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>     Plaintiff<br><br>          v.<br><br>ANDRES ROSADO JIMENEZ, MARILYN<br>RIVERA MORALES and the conjugal<br>partnership constituted by both,<br><br>     Defendants | CIVIL NO. 98-2292(RLA)<br><br>FORECLOSURE OF MORTGAGE |

MOTION FOR EXECUTION OF JUDGMENT

TO THE HONORABLE COURT:

   COMES NOW Plaintiff, United States of America, by its undersigned attorneys, and alleges as follows:

   1.   A Stipulation for Satisfaction of Judgment was executed by the parties in this case on November 29, 1999.  In said Stipulation it was agreed the defendants would continue making the regular monthly payment to their mortgage loan in the amount stipulated in the Mortgage Note and Mortgage Deed.

   2.   Judgment was entered in this case against defendants on the first loan; the principal aggregate amount of $40,988.12 and $1,879.84 of interest accrued to December 18, 1997 and thereafter at the rate of $10.1067 daily until paid, plus cost until paid, plus any other disbursements that have to be incurred by the

U.S. v. Andres Rosado Jimenez, et al
Civil No. 98-2292(RLA)
page 2

plaintiff herein according to the terms of the promissory notes evidencing the loans and the mortgage deed guaranteeing said loans, and attorney's fees, if any.

On the second loan; the principal aggregate amount of $2,495.91 and $120.83 rate of interest accrued to December 18, 1997 and thereafter at the rate of $0.6496, plus cost until paid, plus any other disbursements that have to be incurred by the plaintiff herein according to the terms of the promissory notes evidencing the loans and the mortgage deed guaranteeing said loans and attorney's fees, if any.

3. Defendants have not complied with the terms and conditions of said Stipulation for Satisfaction of Judgment.

4. According to paragraph 3 of the Stipulation for Satisfaction of Judgment if defendants do not comply with the monthly payments as agreed, plaintiff at its sole discretion may proceed with the execution of judgment.

5. More than five (5) years have elapsed from the date said judgment was entered, and thus a request is being made to this Honorable Court, with notification to all parties, to authorize the execution of judgment, pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 51 of the Rules of Civil Procedure of the Commonwealth of Puerto Rico.

U.S. v. Andres Rosado Jimenez, et al
Civil No. 98-2292(RLA)
page 3

WHEREFORE, plaintiff prays that the United States Marshal for this district be ordered to proceed forthwith to a public sale of the mortgaged property in accordance with the provisions of said judgment, and such further orders or instructions of this Court as may be deemed desirable.

San Juan, Puerto Rico, this 25th day of March , 2008.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

S/REBECCA VARGAS VERA
REBECCA VARGAS VERA
Assistant U.S. Attorney
U.S.D.C. NO. 203307
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918
Tel. (787)766-5656
Fax. (787)766-6219