IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development),

    Plaintiff,

    v.

ANDRES ROSADO JIMENEZ, MARILYN
RIVERA MORALES and the conjugal
partnership constituted by both,

    Defendants.

CIVIL NO. 98-2292 (RLA)

FORECLOSURE OF MORTGAGE

### ORDER FOR PLAINTIFF TO SUBMIT CERTIFICATION

Plaintiff having failed to specify how defendants failed to comply with the Stipulation for Satisfaction of Judgment filed on November 29, 1999, docket No. 11, plaintiff shall submit **no later than August 26, 2008,** a certificate evidencing the sums currently due pursuant to the Default Judgment issued on April 7, 1999, docket No. 8.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19th day of August, 2008.

                                      S/Raymond L. Acosta
                                      RAYMOND L. ACOSTA
                            United States District Judge